THOMAS O. GILLIS, SBN 40186
ATTORNEY AT LAW
1006 H STREET, SUITE 1
MODESTO, CALIFORNIA 95354
TEL: (209)575-3116
FAX: (209)575-5956

Attorney for Debtor:
ANITA SANCHEZ
Dba Mi Casa Taqueria

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

In Re:

    ANITA SANCHEZ,
    (dba Mi Casa Taqueria)

    Debtor.
_____/

CASE NO. : 09-92948
DCN NO: TOG-3
Date: March 31, 2010
Time: 10:30
Place: U.S. Bankruptcy Court
       1200 I Street, Suite 4
       Modesto, CA 95354

## MOTION TO COMPEL ABANDONMENT
## OF BUSINESS ASSETS

Debtor hereby requests an order abandoning the business assets of Anita Sanchez, dba Mi Casa Taqueria, for the reasons set forth in the Declaration of Debtor, filed concurrently herewith.

Law Offices of Thomas O. Gillis

Dated: 2/11/10

/s/ Thomas O. Gillis
THOMAS O. GILLIS

KTA

FILED
February 11, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002411923